Gregory C. Nuti (SB 151754)
Kevin W. Coleman (SB 168538)
Christopher H. Hart (SB 184117)
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, CA 94108-2736
Telephone: 415-364-6700
Facsimile: 415-364-6785
Email: gnuti@schnader.com
       kcoleman@schnader.com
       chart@schnader.com

Proposed Attorneys for Debtor,
PEEK, AREN'T YOU CURIOUS, INC.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PEEK, AREN'T YOU CURIOUS, INC.,<br><br>Debtor. | Case No.: 16-30146 HLB<br><br>Chapter 11<br><br>**MOTION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF ASSETS**<br><br>Date: [TBD]<br>Time:<br>Place: 450 Golden Gate Avenue<br>Courtroom 19<br>San Francisco, CA 94102<br>Judge: Hon. Hannah L. Blumenstiel |

Peek, Aren't You Curious, Inc., the debtor and debtor in possession (the "Debtor" or "Peek") in the above-captioned case, hereby moves (this "Assignment Motion") this Court pursuant to sections 105(a), 363, and 365 of title 11 of the United States Code, as amended (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order authorizing the Debtor to assume and assign the executory contracts and unexpired leases listed on Exhibit A attached hereto. This Assignment Motion is based on the memorandum of points and authorities filed herewith, the declaration of Maria C. Canales in Support of First Day Motions, the pleadings and papers on file in this case,

and such other evidence and argument as may be submitted orally or in writing to the Court at or before the hearing on the Assignment Motion. In further support hereof, Debtor respectfully represents as follows:

## I. BACKGROUND

**A.    The Debtors' Bankruptcy Filing**

2.    On February 5, 2016, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**B.    The Debtors' Business**

3.    The Debtor designs, manufactures and sells, at both retail and wholesale, high quality children's clothing.

4.    Peek currently owns and operates twenty (20) retail locations in ten (10) states, as well as selling product through its ecommerce web site.

5.    Peek does not have any secured lenders, bank loans or other debt obligations to institutional lenders.

6.    Peek intends to use these Chapter 11 proceedings to consummate a sale of eight (8) retail location and related design and production assets to Charlotte Russe, Inc., or another entity that may submit a higher and better offer for the Peek assets. The terms of this proposed transaction are contained in the Asset Purchase Agreement (the "Purchase Agreement")[1] are discussed in more detail in the Debtor's Motion to Approve Sale Free and Clear of Liens.

## III. RELIEF REQUESTED

7.    By this Motion, the Debtor seeks authority to assume certain executory contracts and unexpired leases listed on Exhibit A (collectively, the "Assumed Contracts") and assign those contracts and leases to the Buyer in connection with the Sale, subject to and conditioned upon the closing of that sale.

///

---

[1] A form of the proposed Purchase Agreement to be entered into with the Buyer is on file with the Court as Exhibit A to the Declaration of Tina Canales in Support of First Day Motions.

8. The Debtor also seeks entry of an order determining that:

    a. there are no defaults and accordingly, no Cure Amounts are due under either the Assumed Leases or the Assumed Contracts.[2]

    b. the provisions of any leases to be assigned purporting to increase rent or pay other consideration to the lessor upon assignment are unenforceable pursuant to 11 U.S.C. 365(f).[3]

    c. in accordance with section 365(k) of the Bankruptcy Code, determining that the assignment by the Debtor to the Buyer(s) of the Assumed Contracts relieves the Debtor and/or the bankruptcy estate, as applicable, from any liability for any breach of such Assumed Contracts occurring after such assignment.

9. The legal basis for the Court to grant the foregoing relief is explained in the accompanying memorandum of points and authorities.

## V. NOTICE

10. The Debtor is serving notice of this Assignment Motion on (a) the Office of the United States Trustee for the Northern District of California; (b) all Counterparties to potential Assumed Contracts. In light of the nature of the relief requested, the Debtor submits that no other or further notice need be provided.

///

///

///

///

---

[2] Spring inventory purchases noted at Ex A, Assumed Contracts, ¶ 7 will be due after the projected closing date for the sale, and will total $850,438, all of which the Proposed Buyer, Charlotte Russe, Inc. as agreed to assume and pay as part of the Purchase Agreement.

[3] Section 6.2.6 of the Purchase Agreement conditions Buyer's obligation to close on entry of an order approving the sale determining that the "provisions of the Assumed Leases and Assumed Contracts purporting to modify the terms of such agreements based on the assignment to Buyer are unenforceable pursuant to Bankruptcy Code Section 365(f)."

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

WHEREFORE, the Debtors respectfully request that this Court enter an order:

1. Granting the Motion;
2. Authorizing the Debtor, pursuant to section 365(a) & (f) of the Bankruptcy Code, to assume and assign to the Buyer each of the Assumed Contracts, which assumption and assignment, without any further order of this Court being required, shall occur upon the Closing of the Sale;
3. Determining that the Cure Amounts listed on Exhibit A (filed concurrently herewith) represent the full and correct cure amounts as required by Section 365(b) of the Bankruptcy Code;
4. In accordance with section 365(f) of the Bankruptcy Code, determining that the assignment any provision(s) within the Assumed Leases and Contracts purporting to modify the terms of such agreements based upon assignment to Buyer are unenforceable;
5. In accordance with section 365(k) of the Bankruptcy Code, determining that the assignment by the Debtor to the Buyer(s) of the Assumed Contracts relieves the Debtor and/or the bankruptcy estate, as applicable, from any liability for any breach of such Assumed Contracts occurring after such assignment; and,
6. Granting such other and further relief as this Court deems just and proper.

Dated: February 5, 2016

SCHNADER HARRISON SEGAL & LEWIS LLP


By: /s/ Gregory C. Nuti
    Gregory C. Nuti
    Attorneys for Peek, Aren't You Curious, Inc., Debtor

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

# EXHIBIT A
## Assumed Leases

1. "Retail Lease" between Etta Bacharach Testamentary A Trust, Barbara Jean Borsuk, Surviving Trustee; Etta Bacharach Testamentary B Trust, Barbara Jean Borsuk, Trustee; Sheila Siegel Trust, Sheila Siegel, Trustee; Sandrigham Properties LLC, Landlord and Peek, Aren't You Curious, Inc., Tenant, dated March 16, 2013, for approximately 1,440 square feet located at 2156 Chestnut Street, San Francisco, California
Cure Amount: NONE

2. Lease between Park Meadows Mall LLC, Landlord, and Peek, Aren't You Curious, Inc., Tenant, dated June 12, 2013 for approximately 1,483 square feet located at 1000 Park Meadows, Lone Tree, Colorado.
Cure Amount: NONE

3. "Lease Agreement" between Corte Madera Village, LLC, Landlord, and Peek, Aren't You Curious, Inc., Tenant, dated June 6, 2007, for approximately 1,499 square feet located at Village Corte Madera, Corte Madera, California, as amended.
Cure Amount: NONE

4. "Retail Lease" between the Irvine Company, LLC, Landlord, and Peek, Aren't You Curious, Inc., Tenant, dated November 16, 2007, for approximately 2,089 square feet located at 273 Newport Center Drive, Newport Beach, California, as amended.Cure Amount: NONE

5. "Standard Industrial/Commercial Multi-Tenant Lease – Net" between Pesho Montana Associates, Landlord, and Peek, Aren't You Curious, Inc., Tenant, dated September 28, 2006, for approximately 1,570 square feet located at 1015 Montana Avenue, Santa Monica, California, as amended.
Cure Amount: NONE

6. "Shopping Center Lease" between NorthPark Partners, LP, Landlord, and Peek, Aren't You Curious, Inc., Tenant, dated August 6, 2008, for approximately 1,866 square feet located at NorthPark Mall, Dallas, Texas.
Cure Amount: NONE

7. "Lease Agreement" between University Village Limited Partnership, Landlord, and Peek, Aren't You Curious, Inc., Tenant, dated February 24, 2012 for approximately 1,413 square feet located at University Village, Seattle, Washington.
Cure Amount: NONE

8. "Storage Agreement" between University Village Limited Partnership, Landlord, and Peek, Aren't You Curious, Inc., Tenant, dated February 6, 2015, for Storage Space STO-13 located in the Clocktower Building at University Village, Seattle, Washington.
Cure Amount: NONE

9. "Lease Agreement" between Kierland Greenway, LLC, Landlord, and Peek, Aren't You Curious, Inc., Tenant, dated June 28, 2007 for approximately 1,561 square feet located at Kierland Commons, Phoenix, Arizona, as amended.
Cure Amount: NONE

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

**Assumed Contracts**

1. Service Level Agreement Quest Managed Services between Quest Media and Supplies, Inc. and Peek Aren't You Curious, dated August 1, 2014.
   Cure Amount: NONE

   Card Services Agreement (consisting of Card Services Terms & Conditions and Merchant Application) by and among Global Payments Direct, Inc., Wells Fargo Bank and Peek Aren't You Curious, Inc. dated March 17, 2015.
   Cure Amount: NONE

2. Gift Card Application and Gift Card Terms and Conditions between Mercury Payment Systems, LLC and Peek Aren't You Curious, Inc. dated May 27, 2012.
   Cure Amount: NONE

3. Order Form and Software License Agreement between X.commerce, Inc. (Formerly Magento, Inc.) and Peek…Aren't You Curious as Licensee, dated April 17, 2012.
   Cure Amount: NONE

4. Software License Agreement between Island Pacific Systems, Inc. and Peek Aren't You Curious, dated March 30, 2012, as amended.
   Cure Amount: NONE

5. Software Support Agreement between Island Pacific Systems, Inc. and Peek Aren't You Curious, dated March 30, 2012.]
   Cure Amount: NONE

6. Managed Services Agreement between Island Pacific Systems, Inc. and Peek Aren't You Curious, dated March 30, 2012.
   Cure Amount: NONE

7. Purchase Orders and Commitments for Spring 2 Inventory Purchases:
   Cure Amount: NONE[4]

   | PO# | | Supplier #/Name |
   |---|---|---|
   | 0000016592 | 20178 | MOSGEN |
   | 0000016661 | 20253 | SOLSTICE INDIA |
   | 0000016663 | 20253 | SOLSTICE INDIA |

---

[4] Spring inventory purchases noted in this Ex A, Assumed Contracts, ¶ 7, will be due after the projected closing date for the sale, and will total $850,438, all of which the Proposed Buyer, Charlotte Russe, Inc. as agreed to assume and pay as part of the Purchase Agreement.

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| | | | |
|---|---|---|---|
| 1 | 0000016665 | 20253 | SOLSTICE INDIA |
| 2 | 0000016906 | 20243 | SHROFF & CO. LTD. |
|   | 0000016908 | 20243 | SHROFF & CO. LTD. |
| 3 | 0000016953 | 20091 | FOUR HOUSE SOURCING PVT. |
| 4 | 0000016955 | 20091 | FOUR HOUSE SOURCING PVT. |
| 5 | 0000017028 | 20384 | TAILGATE CLOTHING CO. |
| 6 | 0000017030 | 20384 | TAILGATE CLOTHING CO. |
| 7 | 0000017032 | 20384 | TAILGATE CLOTHING CO. |
| 8 | 0000017034 | 20384 | TAILGATE CLOTHING CO. |
| 9 | 0000017036 | 20384 | TAILGATE CLOTHING CO. |
| 10 | 0000017038 | 20384 | TAILGATE CLOTHING CO. |
| 11 | 0000017040 | 20384 | TAILGATE CLOTHING CO. |
| 12 | 0000017102 | 20018 | ASA TEXTILE |
|    | 0000017104 | 20018 | ASA TEXTILE |
| 13 | 0000017106 | 20018 | ASA TEXTILE |
| 14 | 0000017210 | 20178 | MOSGEN |
|    | 0000017211 | 20178 | MOSGEN |
| 15 | 0000017221 | 20384 | TAILGATE CLOTHING CO. |
| 16 | 0000017222 | 20384 | TAILGATE CLOTHING CO. |
| 17 | 0000017223 | 20384 | TAILGATE CLOTHING CO. |
| 18 | 0000017224 | 20384 | TAILGATE CLOTHING CO. |
| 19 | 0000017225 | 20384 | TAILGATE CLOTHING CO. |
| 20 | 0000017226 | 20384 | TAILGATE CLOTHING CO. |
| 21 | 0000017227 | 20384 | TAILGATE CLOTHING CO. |
| 22 | 0000017228 | 20384 | TAILGATE CLOTHING CO. |
| 23 | 0000017229 | 20384 | TAILGATE CLOTHING CO. |
| 24 | 0000017264 | 20091 | FOUR HOUSE SOURCING PVT. |
| 25 | 0000017283 | 20243 | SHROFF & CO. LTD. |
|    | 0000017289 | 20243 | SHROFF & CO. LTD. |
| 26 | 0000017290 | 20243 | SHROFF & CO. LTD. |
| 27 | 0000017291 | 20243 | SHROFF & CO. LTD. |
|    | 0000017309 | 20253 | SOLSTICE INDIA |
| 28 | 0000017310 | 20253 | SOLSTICE INDIA |
|    | 0000017311 | 20253 | SOLSTICE INDIA |

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| # | | | |
|---|---|---|---|
| 1 | 0000017312 | 20253 | SOLSTICE INDIA |
| 2 | 0000017313 | 20253 | SOLSTICE INDIA |
| | 0000017314 | 20253 | SOLSTICE INDIA |
| 3 | 0000017496 | 20018 | ASA TEXTILE |
| 4 | 0000017497 | 20018 | ASA TEXTILE |
| | 0000016591 | 20178 | MOSGEN |
| 5 | 0000016660 | 20253 | SOLSTICE INDIA |
| | 0000016662 | 20253 | SOLSTICE INDIA |
| 6 | 0000016664 | 20253 | SOLSTICE INDIA |
| 7 | 0000016905 | 20243 | SHROFF & CO. LTD. |
| | 0000016907 | 20243 | SHROFF & CO. LTD. |
| 8 | 0000016952 | 20091 | FOUR HOUSE SOURCING PVT. |
| 9 | 0000016954 | 20091 | FOUR HOUSE SOURCING PVT. |
| 10 | 0000017029 | 20384 | TAILGATE CLOTHING CO. |
| 11 | 0000017031 | 20384 | TAILGATE CLOTHING CO. |
| 12 | 0000017033 | 20384 | TAILGATE CLOTHING CO. |
| 13 | 0000017035 | 20384 | TAILGATE CLOTHING CO. |
| 14 | 0000017037 | 20384 | TAILGATE CLOTHING CO. |
| 15 | 0000017039 | 20384 | TAILGATE CLOTHING CO. |
| 16 | 0000017041 | 20384 | TAILGATE CLOTHING CO. |
| 17 | 0000017101 | 20018 | ASA TEXTILE |
| | 0000017103 | 20018 | ASA TEXTILE |
| 18 | 0000017105 | 20018 | ASA TEXTILE |
| 19 | 0000017568 | 20384 | TAILGATE CLOTHING CO. |
| 20 | 0000017569 | 20384 | TAILGATE CLOTHING CO. |
| 21 | 0000017570 | 20384 | TAILGATE CLOTHING CO. |
| 22 | 0000017571 | 20384 | TAILGATE CLOTHING CO. |
| 23 | 0000017572 | 20384 | TAILGATE CLOTHING CO. |
| 24 | 0000017580 | 20384 | TAILGATE CLOTHING CO. |
| 25 | 0000017581 | 20384 | TAILGATE CLOTHING CO. |
| | 0000017613 | 20178 | MOSGEN |
| 26 | 0000017703 | 20243 | SHROFF & CO. LTD. |
| 27 | 0000017714 | 20243 | SHROFF & CO. LTD. |
| 28 | 0000017750 | 20091 | FOUR HOUSE SOURCING PVT. |
| | 0000017763 | 20091 | FOUR HOUSE |

PHDATA 5597541_1

| | | |
|---|---|---|
| | | SOURCING PVT. |
| 0000017767 | 20253 | SOLSTICE INDIA |
| 0000017768 | 20253 | SOLSTICE INDIA |
| 0000017769 | 20253 | SOLSTICE INDIA |
| 0000017848 | 20018 | ASA TEXTILE |
| 0000017849 | 20018 | ASA TEXTILE |
| 0000017850 | 20018 | ASA TEXTILE |
| 0000016672 | 20022 | AUHC |
| 0000016672 | 20022 | AUHC |
| 0000016674 | 20022 | AUHC |
| 0000016705 | 20253 | SOLSTICE INDIA |
| 0000016779 | 20017 | APPAREL UNITED |
| 0000016815 | 20171 | MH CONCEPTS |
| 0000016817 | 20171 | MH CONCEPTS |
| 0000016927 | 20018 | ASA TEXTILE |
| 0000016929 | 20018 | ASA TEXTILE |
| 0000016931 | 20018 | ASA TEXTILE |
| 0000016933 | 20018 | ASA TEXTILE |
| 0000016935 | 20018 | ASA TEXTILE |
| 0000017007 | 20243 | SHROFF & CO. LTD. |
| 0000017009 | 20243 | SHROFF & CO. LTD. |
| 0000017011 | 20243 | SHROFF & CO. LTD. |
| 0000017378 | 20022 | AUHC |
| 0000017379 | 20022 | AUHC |
| 0000017380 | 20022 | AUHC |
| 0000017381 | 20022 | AUHC |
| 0000017415 | 20171 | MH CONCEPTS |
| 0000017416 | 20171 | MH CONCEPTS |
| 0000017417 | 20171 | MH CONCEPTS |
| 0000017429 | 20253 | SOLSTICE INDIA |
| 0000017452 | 20243 | SHROFF & CO. LTD. |
| 0000017453 | 20243 | SHROFF & CO. LTD. |
| 0000017454 | 20243 | SHROFF & CO. LTD. |
| 0000017455 | 20243 | SHROFF & CO. LTD. |
| 0000017476 | 20017 | APPAREL UNITED |
| 0000017477 | 20017 | APPAREL UNITED |
| 0000017588 | 20018 | ASA TEXTILE |
| 0000017589 | 20018 | ASA TEXTILE |
| 0000017590 | 20018 | ASA TEXTILE |
| 0000017591 | 20018 | ASA TEXTILE |
| 0000017592 | 20018 | ASA TEXTILE |
| 0000017593 | 20018 | ASA TEXTILE |
| 0000017594 | 20018 | ASA TEXTILE |
| 0000016671 | 20022 | AUHC |
| 0000016673 | 20022 | AUHC |
| 0000016704 | 20253 | SOLSTICE INDIA |

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| # | Bates | Code | Name |
|---|---|---|---|
| 1 | 0000016778 | 20017 | APPAREL UNITED |
| 2 | 0000016814 | 20171 | MH CONCEPTS |
|   | 0000016816 | 20171 | MH CONCEPTS |
| 3 | 0000016926 | 20018 | ASA TEXTILE |
| 4 | 0000016928 | 20018 | ASA TEXTILE |
|   | 0000016930 | 20018 | ASA TEXTILE |
| 5 | 0000016932 | 20018 | ASA TEXTILE |
|   | 0000016934 | 20018 | ASA TEXTILE |
| 6 | 0000017006 | 20243 | SHROFF & CO. LTD. |
|   | 0000017008 | 20243 | SHROFF & CO. LTD. |
| 7 | 0000017010 | 20243 | SHROFF & CO. LTD. |
| 8 | 0000017648 | 20243 | SHROFF & CO. LTD. |
|   | 0000017649 | 20243 | SHROFF & CO. LTD. |
| 9 | 0000017650 | 20243 | SHROFF & CO. LTD. |
|   | 0000017701 | 20022 | AUHC |
| 10 | 0000017702 | 20022 | AUHC |
| 11 | 0000017732 | 20171 | MH CONCEPTS |
|   | 0000017733 | 20171 | MH CONCEPTS |
| 12 | 0000017749 | 20253 | SOLSTICE INDIA |
|   | 0000017817 | 20018 | ASA TEXTILE |
| 13 | 0000017818 | 20018 | ASA TEXTILE |
|   | 0000017819 | 20018 | ASA TEXTILE |
| 14 | 0000017820 | 20018 | ASA TEXTILE |
| 15 | 0000017821 | 20018 | ASA TEXTILE |
|   | 0000016590 | 20178 | MOSGEN |
| 16 | 0000016639 | 20253 | SOLSTICE INDIA |
|   | 0000016641 | 20253 | SOLSTICE INDIA |
| 17 | 0000016643 | 20253 | SOLSTICE INDIA |
| 18 | 0000016645 | 20253 | SOLSTICE INDIA |
|   | 0000016651 | 20253 | SOLSTICE INDIA |
| 19 | 0000016653 | 20253 | SOLSTICE INDIA |
|   | 0000016655 | 20253 | SOLSTICE INDIA |
| 20 | 0000016834 | 20243 | SHROFF & CO. LTD. |
| 21 | 0000016836 | 20243 | SHROFF & CO. LTD. |
| 22 | 0000016936 | 20091 | FOUR HOUSE SOURCING PVT. |
| 23 | 0000016938 | 20091 | FOUR HOUSE SOURCING PVT. |
| 24 | 0000016944 | 20091 | FOUR HOUSE SOURCING PVT. |
| 25 | 0000016946 | 20091 | FOUR HOUSE SOURCING PVT. |
| 26 | 0000017014 | 20384 | TAILGATE CLOTHING CO. |
| 27 | 0000017016 | 20384 | TAILGATE CLOTHING CO. |
| 28 | 0000017018 | 20384 | TAILGATE CLOTHING CO. |
|   | 0000017020 | 20384 | TAILGATE |

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| | | | |
|---|---|---|---|
| 1 | | | CLOTHING CO. |
| 2 | 0000017022 | 20384 | TAILGATE CLOTHING CO. |
| 3 | 0000017024 | 20384 | TAILGATE CLOTHING CO. |
| 4 | 0000017026 | 20384 | TAILGATE CLOTHING CO. |
| 5 | 0000017074 | 20018 | ASA TEXTILE |
| | 0000017076 | 20018 | ASA TEXTILE |
| 6 | 0000017078 | 20018 | ASA TEXTILE |
| 7 | 0000017206 | 20178 | MOSGEN |
| 8 | 0000017212 | 20384 | TAILGATE CLOTHING CO. |
| 9 | 0000017213 | 20384 | TAILGATE CLOTHING CO. |
| 10 | 0000017214 | 20384 | TAILGATE CLOTHING CO. |
| 11 | 0000017215 | 20384 | TAILGATE CLOTHING CO. |
| 12 | 0000017216 | 20384 | TAILGATE CLOTHING CO. |
| 13 | 0000017217 | 20384 | TAILGATE CLOTHING CO. |
| 14 | 0000017218 | 20384 | TAILGATE CLOTHING CO. |
| 15 | 0000017219 | 20384 | TAILGATE CLOTHING CO. |
| 16 | 0000017220 | 20384 | TAILGATE CLOTHING CO. |
| 17 | 0000017261 | 20091 | FOUR HOUSE SOURCING PVT. |
| 18 | 0000017262 | 20091 | FOUR HOUSE SOURCING PVT. |
| 19 | 0000017263 | 20091 | FOUR HOUSE SOURCING PVT. |
| | 0000017280 | 20243 | SHROFF & CO. LTD. |
| 20 | 0000017281 | 20243 | SHROFF & CO. LTD. |
| 21 | 0000017282 | 20243 | SHROFF & CO. LTD. |
| | 0000017292 | 20091 | FOUR HOUSE SOURCING PVT. |
| 22 | 0000017293 | 20253 | SOLSTICE INDIA |
| 23 | 0000017294 | 20253 | SOLSTICE INDIA |
| | 0000017295 | 20253 | SOLSTICE INDIA |
| 24 | 0000017296 | 20253 | SOLSTICE INDIA |
| | 0000017297 | 20253 | SOLSTICE INDIA |
| 25 | 0000017301 | 20253 | SOLSTICE INDIA |
| 26 | 0000017302 | 20253 | SOLSTICE INDIA |
| | 0000017303 | 20253 | SOLSTICE INDIA |
| 27 | 0000017304 | 20253 | SOLSTICE INDIA |
| | 0000017305 | 20253 | SOLSTICE INDIA |
| 28 | 0000017306 | 20253 | SOLSTICE INDIA |
| | 0000017332 | 20018 | ASA TEXTILE |

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| | | | |
|---|---|---|---|
| 1 | 0000017333 | 20018 | ASA TEXTILE |
| 2 | 0000017334 | 20018 | ASA TEXTILE |
| | 0000017335 | 20018 | ASA TEXTILE |
| 3 | 0000017336 | 20018 | ASA TEXTILE |
| 4 | 0000017337 | 20018 | ASA TEXTILE |
| | 0000016589 | 20178 | MOSGEN |
| 5 | 0000016640 | 20253 | SOLSTICE INDIA |
| 6 | 0000016642 | 20253 | SOLSTICE INDIA |
| | 0000016644 | 20253 | SOLSTICE INDIA |
| 7 | 0000016650 | 20253 | SOLSTICE INDIA |
| 8 | 0000016652 | 20253 | SOLSTICE INDIA |
| | 0000016654 | 20253 | SOLSTICE INDIA |
| 9 | 0000016656 | 20253 | SOLSTICE INDIA |
| | 0000016835 | 20243 | SHROFF & CO. LTD. |
| 10 | 0000016845 | 20243 | SHROFF & CO. LTD. |
| 11 | 0000016937 | 20091 | FOUR HOUSE SOURCING PVT. |
| 12 | 0000016943 | 20091 | FOUR HOUSE SOURCING PVT. |
| 13 | 0000016945 | 20091 | FOUR HOUSE SOURCING PVT. |
| 14 | 0000016947 | 20091 | FOUR HOUSE SOURCING PVT. |
| 15 | 0000017015 | 20384 | TAILGATE CLOTHING CO. |
| 16 | 0000017017 | 20384 | TAILGATE CLOTHING CO. |
| 17 | 0000017019 | 20384 | TAILGATE CLOTHING CO. |
| 18 | 0000017021 | 20384 | TAILGATE CLOTHING CO. |
| 19 | 0000017023 | 20384 | TAILGATE CLOTHING CO. |
| 20 | 0000017025 | 20384 | TAILGATE CLOTHING CO. |
| 21 | 0000017027 | 20384 | TAILGATE CLOTHING CO. |
| 22 | 0000017073 | 20018 | ASA TEXTILE |
| | 0000017075 | 20018 | ASA TEXTILE |
| 23 | 0000017077 | 20018 | ASA TEXTILE |
| 24 | 0000017573 | 20384 | TAILGATE CLOTHING CO. |
| 25 | 0000017574 | 20384 | TAILGATE CLOTHING CO. |
| 26 | 0000017575 | 20384 | TAILGATE CLOTHING CO. |
| 27 | 0000017576 | 20384 | TAILGATE CLOTHING CO. |
| 28 | 0000017577 | 20384 | TAILGATE CLOTHING CO. |
| | 0000017578 | 20384 | TAILGATE CLOTHING CO. |

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| | | | |
|---|---|---|---|
| 1 | 0000017579 | 20384 | TAILGATE CLOTHING CO. |
| 2 | 0000017612 | 20178 | MOSGEN |
| 3 | 0000017706 | 20243 | SHROFF & CO. LTD. |
| | 0000017711 | 20243 | SHROFF & CO. LTD. |
| 4 | 0000017756 | 20091 | FOUR HOUSE SOURCING PVT. |
| 5 | 0000017759 | 20091 | FOUR HOUSE SOURCING PVT. |
| 6 | 0000017760 | 20091 | FOUR HOUSE SOURCING PVT. |
| 7 | 0000017761 | 20091 | FOUR HOUSE SOURCING PVT. |
| 8 | 0000017764 | 20253 | SOLSTICE INDIA |
| | 0000017765 | 20253 | SOLSTICE INDIA |
| 9 | 0000017773 | 20253 | SOLSTICE INDIA |
| 10 | 0000017774 | 20253 | SOLSTICE INDIA |
| | 0000017775 | 20253 | SOLSTICE INDIA |
| 11 | 0000017776 | 20253 | SOLSTICE INDIA |
| | 0000017777 | 20253 | SOLSTICE INDIA |
| 12 | 0000017780 | 20253 | SOLSTICE INDIA |
| 13 | 0000017839 | 20018 | ASA TEXTILE |
| | 0000017840 | 20018 | ASA TEXTILE |
| 14 | 0000017841 | 20018 | ASA TEXTILE |
| | 0000016633 | 20022 | AUHC |
| 15 | 0000016635 | 20022 | AUHC |
| 16 | 0000016695 | 20253 | SOLSTICE INDIA |
| | 0000016697 | 20253 | SOLSTICE INDIA |
| 17 | 0000016724 | 20178 | MOSGEN |
| | 0000016761 | 20017 | APPAREL UNITED |
| 18 | 0000016763 | 20017 | APPAREL UNITED |
| 19 | 0000016800 | 20171 | MH CONCEPTS |
| 20 | 0000016831 | 20091 | FOUR HOUSE SOURCING PVT. |
| | 0000016888 | 20018 | ASA TEXTILE |
| 21 | 0000016890 | 20018 | ASA TEXTILE |
| 22 | 0000016892 | 20018 | ASA TEXTILE |
| | 0000016894 | 20018 | ASA TEXTILE |
| 23 | 0000016896 | 20018 | ASA TEXTILE |
| | 0000016898 | 20018 | ASA TEXTILE |
| 24 | 0000016900 | 20171 | MH CONCEPTS |
| 25 | 0000016969 | 20243 | SHROFF & CO. LTD. |
| | 0000016971 | 20243 | SHROFF & CO. LTD. |
| 26 | 0000016973 | 20243 | SHROFF & CO. LTD. |
| | 0000016975 | 20243 | SHROFF & CO. LTD. |
| 27 | 0000016977 | 20243 | SHROFF & CO. LTD. |
| | 0000016979 | 20243 | SHROFF & CO. LTD. |
| 28 | 0000016981 | 20243 | SHROFF & CO. LTD. |

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| # | | | |
|---|---|---|---|
| 1 | 0000017352 | 20178 | MOSGEN |
| 2 | 0000017353 | 20178 | MOSGEN |
| | 0000017371 | 20022 | AUHC |
| 3 | 0000017372 | 20022 | AUHC |
| 4 | 0000017387 | 20091 | FOUR HOUSE SOURCING PVT. |
| | 0000017403 | 20171 | MH CONCEPTS |
| 5 | 0000017404 | 20171 | MH CONCEPTS |
| 6 | 0000017405 | 20171 | MH CONCEPTS |
| | 0000017406 | 20171 | MH CONCEPTS |
| 7 | 0000017407 | 20171 | MH CONCEPTS |
| 8 | 0000017425 | 20253 | SOLSTICE INDIA |
| | 0000017438 | 20243 | SHROFF & CO. LTD. |
| 9 | 0000017439 | 20243 | SHROFF & CO. LTD. |
| 10 | 0000017440 | 20243 | SHROFF & CO. LTD. |
| | 0000017441 | 20243 | SHROFF & CO. LTD. |
| 11 | 0000017442 | 20243 | SHROFF & CO. LTD. |
| 12 | 0000017443 | 20243 | SHROFF & CO. LTD. |
| | 0000017444 | 20243 | SHROFF & CO. LTD. |
| 13 | 0000017445 | 20243 | SHROFF & CO. LTD. |
| | 0000017446 | 20243 | SHROFF & CO. LTD. |
| 14 | 0000017447 | 20243 | SHROFF & CO. LTD. |
| 15 | 0000017467 | 20017 | APPAREL UNITED |
| | 0000017468 | 20017 | APPAREL UNITED |
| 16 | 0000017492 | 20018 | ASA TEXTILE |
| 17 | 0000017558 | 20018 | ASA TEXTILE |
| | 0000017558 | 20018 | ASA TEXTILE |
| 18 | 0000017560 | 20018 | ASA TEXTILE |
| 19 | 0000017561 | 20018 | ASA TEXTILE |
| | 0000017562 | 20018 | ASA TEXTILE |
| 20 | 0000017563 | 20018 | ASA TEXTILE |
| | 0000017564 | 20018 | ASA TEXTILE |
| 21 | 0000017565 | 20018 | ASA TEXTILE |
| 22 | 0000017566 | 20018 | ASA TEXTILE |
| | 0000017567 | 20018 | ASA TEXTILE |
| 23 | 0000016632 | 20022 | AUHC |
| | 0000016634 | 20022 | AUHC |
| 24 | 0000016696 | 20253 | SOLSTICE INDIA |
| 25 | 0000016723 | 20178 | MOSGEN |
| | 0000016760 | 20017 | APPAREL UNITED |
| 26 | 0000016762 | 20017 | APPAREL UNITED |
| | 0000016799 | 20171 | MH CONCEPTS |
| 27 | 0000016830 | 20091 | FOUR HOUSE SOURCING PVT. |
| 28 | 0000016887 | 20018 | ASA TEXTILE |
| | 0000016889 | 20018 | ASA TEXTILE |
| | 0000016891 | 20018 | ASA TEXTILE |

| | | |
|---|---|---|
| 0000016893 | 20018 | ASA TEXTILE |
| 0000016895 | 20018 | ASA TEXTILE |
| 0000016897 | 20018 | ASA TEXTILE |
| 0000016899 | 20171 | MH CONCEPTS |
| 0000016968 | 20243 | SHROFF & CO. LTD. |
| 0000016970 | 20243 | SHROFF & CO. LTD. |
| 0000016972 | 20243 | SHROFF & CO. LTD. |
| 0000016974 | 20243 | SHROFF & CO. LTD. |
| 0000016976 | 20243 | SHROFF & CO. LTD. |
| 0000016978 | 20243 | SHROFF & CO. LTD. |
| 0000016980 | 20243 | SHROFF & CO. LTD. |
| 0000017638 | 20243 | SHROFF & CO. LTD. |
| 0000017639 | 20243 | SHROFF & CO. LTD. |
| 0000017640 | 20243 | SHROFF & CO. LTD. |
| 0000017641 | 20243 | SHROFF & CO. LTD. |
| 0000017642 | 20243 | SHROFF & CO. LTD. |
| 0000017643 | 20243 | SHROFF & CO. LTD. |
| 0000017644 | 20243 | SHROFF & CO. LTD. |
| 0000017663 | 20178 | MOSGEN |
| 0000017671 | 20091 | FOUR HOUSE SOURCING PVT. |
| 0000017681 | 20017 | APPAREL UNITED |
| 0000017682 | 20017 | APPAREL UNITED |
| 0000017697 | 20022 | AUHC |
| 0000017698 | 20022 | AUHC |
| 0000017724 | 20171 | MH CONCEPTS |
| 0000017725 | 20171 | MH CONCEPTS |
| 0000017744 | 20253 | SOLSTICE INDIA |
| 0000017745 | 20253 | SOLSTICE INDIA |
| 0000017802 | 20018 | ASA TEXTILE |
| 0000017803 | 20018 | ASA TEXTILE |
| 0000017804 | 20018 | ASA TEXTILE |
| 0000017805 | 20018 | ASA TEXTILE |
| 0000017806 | 20018 | ASA TEXTILE |
| 0000017807 | 20018 | ASA TEXTILE |

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785