NOLD MUCHINSKY
Mark C. Lamb, SB 198090
1184 Rockledge Lane, Suite 3
Walnut Creek, CA 94595
(425) 289-5555
mlamb@noldmuchlaw.com
dnold@noldmuchlaw.com
Attorneys for Bellevue Square, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PEEK, AREN'T YOU CURIOUS, INC.,<br><br>Debtor. | Case No. 16-30146 HLB<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

PLEASE TAKE NOTICE that Mark C. Lamb hereby enters his appearance, pursuant to § 1109(b) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and Fed. R. Bankr. P. 9010(b), on behalf of Bellevue Square, LLC in the above-captioned case. Such attorney hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017, and 9007, and §§ 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, facsimile numbers, or electronic mail addresses set forth below:

Mark C. Lamb
David A. Nold
NOLD MUCHINSKY
10500 NE 8th Street, Suite 930
Bellevue, WA 98004
Telephone: (425) 289-5555
Facsimile: (425) 289-6666
mlamb@noldmuchlaw.com
dnold@noldmuchlaw.com

NOTICE OF APPEARANCE- 1

Nold ♦ Muchinsky
Bellevue Place, Suite 930
10500 NE 8th Street
Bellevue, WA 98004
425.289.5555 FAX 425.289.6666

The undersigned further requests that the Clerk of the Bankruptcy Court place such addresses on the ECF notification list and any mailing list or matrix of creditors prepared in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, compliant, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Bellevue Square, LLC's (i) right to have final order in non-core matters entered only after de novo review by a high court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Bellevue Square, LLC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated this 8th day of February, 2016 at Bellevue, Washington.

NOLD MUCHINSKY

/s/ Mark C. Lamb
Mark C. Lamb, SB 198090
Attorneys for Bellevue Square, LLC

NOTICE OF APPEARANCE- 2

Nold ♦ Muchinsky
Bellevue Place, Suite 930
10500 NE 8th Street
Bellevue, WA 98004
425.289.5555 FAX 425.289.6666

Case: 16-30146   Doc# 26   Filed: 02/08/16   Entered: 02/08/16 14:46:49   Page 2 of 2