Eric R. Wilson, Esq. (CA Bar No. 192220)
Robert L. LeHane, Esq.
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
rlehane@kelleydrye.com

and

**KELLEY DRYE & WARREN LLP**
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 712-6100

*Attorneys Turnberry Associates*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 16-30146 (HLB) |
| PEEK, AREN'T YOU CURIOUS, INC., | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of creditor, Turnberry Associates ("Landlord"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

Robert L. LeHane, Esq.
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
email: rlehane@kelleydrye.com
kdwbankruptcydepartment@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Landlord's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlord is or may be entitled under agreements, at law, or in equity,

# # # #

all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: February 9, 2016

*/s/ Eric R. Wilson*
Eric R. Wilson, Esq. (CA Bar No. 192220)
Robert L. LeHane, Esq.
**KELLEY DRYE & WARREN LLP**
10100 Santa Monica Blvd. Suite 2300
Los Angeles, CA 90067
Tel: 310-712-6100

and

**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ewilson@kelleydrye.com
rlehane@kelleydrye.com

*Attorneys Turnberry Associates*

# **CERTIFICATE OF SERVICE**

On the 9th of February, 2016 the **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST** was served via this court's ECF Filing System.

*/s/ Eric R. Wilson*
Eric R. Wilson