UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re:** | ) |
| | ) CHAPTER 11 |
| **PEEK, AREN'T YOU CURIOUS, INC.** | ) |
| | ) Case No. 16-30146 HLB |
| **Debtors.** | ) |

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICES AND SERVICE OF PAPERS

    PLEASE TAKE NOTICE that Catherine M. Martin, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., a Landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

    Simon Property Group, Inc.
    Attn: Catherine M. Martin, Esq.
    225 West Washington Street
    Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

    Respectfully submitted,

    */s/ Catherine M. Martin*
    Catherine M. Martin, Esq., Attorney for
    Simon Property Group, Inc. and its related entities
    TN Bar No. 019472
    PH: (317) 685-7263 / FAX : (317) 263-7901
    E-mail address: cmartin@simon.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was sent on February 9, 2016 via ECF Noticing to the parties listed below.

      By:   */s/ Catherine M. Martin*
          Catherine M. Martin, Esq.

*Debtor*
Peek, Aren't You Curious, Inc.
425 Second Street
Ste 405
San Francisco, CA 94107

**Debtor's Counsel**
Kevin W. Coleman
Gregory C. Nuti
Schnader Harrison Segal and Lewis LLP
650 California Street
19th Floor
San Francisco, CA 94108

*US Trustee Counsel*
Julie M. Glosson
Office of the US Trustee
235 Pine Street, #700
San Francisco, CA 94104